UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-4442
_____

UNITED STATES OF AMERICA

v.

GREGORY GARRETT BROWN,
Appellant
_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Criminal Action No. 1-11-cr-00034-001)
District Judge: Honorable Maurice B. Cohill, Jr.
_____

Argued June 12, 2014

Before: AMBRO and BARRY, Circuit Judges,
and RESTANI,[*] Judge

(Opinion filed September 2, 2014)

## ORDER  AMENDING  PRECEDENTIAL  OPINION

AMBRO, Circuit Judge

        IT IS NOW ORDERED that the published Opinion in the above case filed
September 2, 2014, be amended as follows:

        On page 11, in the second full paragraph, fifth line down, insert the word "court"
after "sentencing" and before "should" so that the phrase reads:  "a sentencing court
should first determine a violation . . . ."

                                                By the Court,

                                                /s/ Thomas L. Ambro, Circuit Judge

Dated: November 4, 2014
Tmm/cc: all counsel of record
_____

[*] Honorable Jane A. Restani, Judge, United States Court of International Trade, sitting by
designation.